JUDGE FRANK MONTALVO

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
2007 MAY -2 PM 1:28

| UNITED STATES OF AMERICA, | § | **INDICTMENT** |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-07-CR-_____ |
| v. | § | |
| | § | [Violation: |
| MARCUS SAENZ, | § | **Count 1**: 18 U.S.C. § 1001(a)(3) - False |
| Defendant. | § | Statement; |
| | § | **Count 2**: 18 U.S.C. § 1001(a)(3) - False |
| | § | Statement.] |

EP07CR1025

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 1001(a)(3))

On or about October 30, 2006, in the Western District of Texas, and elsewhere the defendant,

**MARCUS SAENZ,**

did, in a matter within the jurisdiction of the United States Department of the Treasury, Internal Revenue Service, an agency of the United States, knowingly and willfully make and use, a false, fictitious and fraudulent writing and document, knowing the same to contain a false, fictitious, and fraudulent material statement and entry, in that the defendant submitted to the Internal Revenue Service Legal Counsel office located in Austin, Texas, an IRS Form 2848, Power of Attorney and Declaration of Representative, falsely representing that the defendant was a Certified Public Accountant, duly qualified to practice as a certified public accountant in the State of Texas, when in truth and in fact the defendant knew he was not a Certified Public Accountant qualified to practice in the State of Texas, and this false, fictitious, and fraudulent writing and document, containing a false, fictitious and fraudulent material statement and entry was an attempt by the defendant to represent a taxpayer, on his behalf, before the Internal Revenue Service, in violation of Title 18,

United States Code, Section 1001(a)(3).

## COUNT TWO
(18 U.S.C. § 1001(a)(3))

On or about August 2, 2006, in the Western District of Texas, and elsewhere the defendant,

**MARCUS SAENZ,**

did, in a matter within the jurisdiction of the United States Department of the Treasury, Internal Revenue Service, an agency of the United States, knowingly and willfully make and use, a false, fictitious and fraudulent writing and document, knowing the same to contain a false, fictitious, and fraudulent material statement and entry, in that the defendant submitted to the Department of the Treasury, Internal Revenue Service office located in Ogden, Utah, an IRS Form 2848, Power of Attorney and Declaration of Representative, falsely representing that the defendant was a Certified Public Accountant, duly qualified to practice as a certified public accountant in the State of Texas, when in truth and in fact the defendant knew he was not a Certified Public Accountant qualified to practice in the State of Texas, and this false, fictitious, and fraudulent writing and document, containing a false, fictitious and fraudulent material statement and entry was an attempt by the defendant to represent a taxpayer, on his behalf, before the Internal Revenue Service, in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

By: _____
Assistant U.S. Attorney